# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

**NATHAN PERKINS**

         **Petitioner,**

**-v-**

**WANZA JACKSON,**
**Warden, Warren Correctional Institution**

         **Respondent.**

**Case No. C-3:08-cv-277**

**Judge Thomas M. Rose**
**Magistrate Michael R. Merz**

---

### ENTRY AND ORDER OVERRULING PERKINS' OBJECTIONS (Doc. #21) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS; ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #18) IN ITS ENTIRETY AND TERMINATING THIS CASE

---

       This matter comes before the Court pursuant to Petitioner Nathan Perkins' ("Perkins'") Objections to Magistrate Judge Michael R. Merz's Report and Recommendations. The Report and Recommendations were issued on March 17, 2009. (Doc. #18.) On April, 21, 2009, Perkins filed objections. (Doc. #21.) The time has run and the Warden has not filed a response. Perkins' Objections are, therefore, ripe for decision.

       As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that Perkins' objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

       Perkins' Petition for a Writ of Habeas Corpus is DISMISSED with prejudice. Further, the captioned cause is hereby ordered terminated upon the docket records of the United States

District Court for the Southern District of Ohio, Western Division, at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio, this Fourteenth day of May, 2009.

**s/Thomas M. Rose**

_____
THOMAS M. ROSE
UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record